UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jeremy Ray Danner, #34618-077,           )    C/A No. 8:10-1697-TLW-BHH
                                          )
                  Petitioner,   )
                                          )
vs.                                      )
                                        )    Order
M. M. Mitchell, Warden,            )
                                          )
                  Respondent.   )
_____ )

       Plaintiff is a prisoner at the Federal Correctional Institution in Edgefield, South Carolina. By Order dated July 19, 2010, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. (Doc. # 7). Specifically, Plaintiff was asked to provide financial information and service documents. Plaintiff was warned that failure to provide the necessary information within the timetable set in the Order would subject the case to dismissal. Plaintiff did not respond to the order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. The case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash Railroad Company, 370 U.S. 626 (1962).

       **IT IS SO ORDERED**.

                                        s/Terry L. Wooten
                                   United States District Judge

September 14, 2010
Florence, South Carolina